UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNABE MORA, ) | Case No.: 12-CV-03259-LHK |
| ) | |
| Plaintiff, ) | ORDER DISMISSING CASE WITH |
| v. ) | PREJUDICE |
| ) | |
| COLDWELL BANKER, ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On January 1, 2013, the Court dismissed Plaintiff's complaint with leave to amend. ECF No. 8. The Court noted that failure to file an amended complaint within 21 days of that Order would result in dismissal of this action with prejudice for failure to prosecute. *Id.* As of May 15, 2013, Plaintiff has not filed an amended complaint, or any other documents in this case. Accordingly, the Court dismisses this action with prejudice.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: May 15, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 12-CV-03259-LHK
ORDER DISMISSING CASE WITH PREJUDICE